UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-10169-RGS

PEDRO FIGUEROA

v.

COMMISSIONER OF SOCIAL SECURITY

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

December 10, 2013

STEARNS, D.J.

I agree with Magistrate Judge Sorokin's careful analysis of the record in this appeal of a determination by the Commissioner of Social Security that plaintiff Pedro Figueroa is not disabled within the meaning of the Social Security Act and is therefore ineligible for the payment of Supplemental Security Income Benefits.[1]  Consequently, the Recommendation is <u>ADOPTED</u> and the appeal is <u>DISMISSED</u> with prejudice.  The Clerk will enter judgment for the Commissioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE

---

[1] Figueroa has not filed an objection to the Magistrate Judge's Report.